UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

THOMAS J. CORTESE,

                Plaintiff,

- against -

DAVID LOBAITO,

                Defendant.

-----------------------------------------------------------X

**ORDER**
**08 CV 4269 (RRM)(LB)**

**BLOOM, United States Magistrate Judge:**

On May 19, 2009, defendant filed a motion seeking a pre-motion conference with Judge Mauskopf. (Document 4.) The Court terminated the motion as improperly filed and directed defendant to make his request to me. (Docket entry dated May 20, 2009.) Defendant has not refiled his request. Defendant shall respond to plaintiff's complaint by November 13, 2009.

SO ORDERED.

Dated: November 3, 2009
       Brooklyn, New York

                                      LOIS BLOOM
                                      United States Magistrate Judge